# CASE NO. 22-1307

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

VINCENT DAMON DITIRRO

    Plaintiff-Appellant,

v.

SANDO, ET AL.,

    Defendants-Appellees.

No. 22-1307
(D.C. No. 1:21-CV-01840-CNS-STV)
(D. Colo.)

---

**DEFENDANTS-APPELLEES CITY OF COMMERCE CITY, COLORADO STATE PATROL AND STATE PATROL TROOPERS MATTHEW J. SANDO AND CALEB SIMON'S JOINT MOTION TO DISMISS FOR LACK OF APPELLATE JURISDICTION PURSUANT TO CIR. R. 27.3(A)(1)(a)**

---

Defendants-Appellees ("Appellees"), the City of Commerce City (the "City"), Colorado State Patrol ("CSP"), CSP Trooper Matthew J. Sando ("Trooper Sando") and CSP Trooper Caleb Simon ("Trooper Simon"), through their undersigned counsel of record, jointly move this Honorable Court to Dismiss Plaintiff-Appellant's untimely appeal as this Court lacks jurisdiction to hear it. In support of this Motion, Defendants-Appellees state as follows:

1.     CSP, Trooper Sando and Trooper Simon filed their Motion to Dismiss on May 19, 2022. (ECF 45, Exhibit 1). Plaintiff filed his Response to said

1

Motion on June 3, 2022. (ECF 47, Exhibit 2). CSP, Trooper Sando and Trooper Simon filed their Reply on June 16, 2022. (ECF 49, Exhibit 3).

2. The City filed its Motion to Dismiss and its Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b) on August 25, 2022. (ECF 58, Exhibit 4; ECF 59, Exhibit 5).

3. Plaintiff did not respond to the City's Motion to Dismiss or its Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b).

4. On October 5, 2022, Magistrate Judge Scott Varholak, in his Recommendation, granted (i) CSP and Troopers Sando and Simon's Motion to Dismiss; (ii) the City's Motion to Dismiss; and (iii) the City's Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b) (ECF 62, Exhibit 6).

5. The District Court affirmed and adopted Magistrate Judge Scott Varholak's Recommendation in its Order issued on November 1, 2022 (ECF 63, Exhibit 7).

6. The District Court's Final Judgment was entered on **November 1, 2022** (ECF 64, Exhibit 8).

7. Plaintiff-Appellant filed his Notice of Appeal on **February 4, 2023**. (ECF 71, Exhibit 9).

8. In the Notice, it appears that Plaintiff-Appellant is not only attempting to challenge the District Court's Final Judgment entered on **November

**1, 2022** (ECF 64, Exhibit 8), but also the District Court's Order (ECF 63, Exhibit 7) affirming and adopting Magistrate Judge Scott Varholak's Recommendation (ECF 62, Exhibit 6).

9. Plaintiff-Appellant's Notice of Appeal is untimely.

10. "In a civil case, except as provided in Rules 4(a)(1)(B), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within **30 days** after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A).

11. This requirement is "mandatory and jurisdictional". *Bowles v. Russell,* 127 S. Ct. 2360, 2362 (2007); *see also* 28 U.S.C. § 2107(a) (providing the statutory basis for the 30-day time period set forth in Rule 4(a)(1)). An untimely notice of appeal deprives the court of jurisdiction to consider the appeal. *See Bowles*, 551 U.S. at 213-15.

12. Because Plaintiff-Appellant is challenging the Final Judgment, which was entered on November 1, 2022, and the District Court's Order affirming Magistrate Judge Varholak's Recommendation, which was entered on the same date, Plaintiff-Appellant was required to file his Notice of Appeal by December 1, 2022.

13. Plaintiff-Appellant did not file his Notice of Appeal until February 4, 2023 which is 95 days after entry of the Final Judgment by the District Court.

14. This Court lacks jurisdiction to hear Plaintiff-Appellant's appeal and

3

the appeal must be dismissed as untimely.[1]

WHEREFORE, Defendants-Appellees the City of Commerce City, the Colorado State Patrol and Colorado State Patrol Troopers Sando and Simon respectfully request that this Court grant this Joint Motion to Dismiss pursuant to Cir. R 27.3 (A)(1)(a) and find that Plaintiff-Appellant's Notice of Appeal is untimely.

Respectfully submitted this 21st day of February 2023.

| KISSINGER & FELLMAN, P.C. | PHILIP J. WEISER, Attorney General |
|---|---|
| /s/ Jonathan M. Abramson | s/ Allison R. Ailer |
| Jonathan M. Abramson | Allison R. Ailer, Sr. Asst, Atty. General |
| Yulia Nikolaevskaya | Civil Litigation & Employment Section |
| 3773 Cherry Creek N. Dr., #900 | 1300 Broadway, 10th Floor |
| Denver, CO 80209 | Denver, CO 80203 |
| Phone: 303-320-6100 | Phone: (720) 508-6617 |
| Fax: 303-327-8601 | Fax: (720) 508-6032 |
| Email:   jonathan@kandf.com | Email: allison.ailer@coag.gov |
|            julie@kandf.com | *Attorney for the Colorado State Patrol,* |
| *Attorneys for City of Commerce City* | *Trooper Sando and Trooper Simon* |

---

[1] In addition, Plaintiff-Appellant failed to file a timely objection to Magistrate Judge Varholak's Recommendation. *See* ECF 63, Exhibit 7. If a party fails to timely object to a magistrate judge's recommendation, that party generally waives his right to appellate review of the district court's factual and legal determinations under this circuit's "firm waiver rule." *See Moore v. United States*, 950F.2d 656, 659 (10th Cir. 1991).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2023, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

Jean Abrahamson Pirzadeh (jean@ccd-c.com)
*ATTORNEY FOR PLAINTIFF-APPELLANT*

Allison R Ailer (allison.ailer@coag.gov)
Michael A. Sink (msink@adcogov.org)
ATTORNEYS FOR DEFENDANTS-APPELLEES THE COLORADO STATE PATROL, TROOPER SANDO AND TROOPER SIMON.

|  |  |
|---|---|
| Dated: February 21, 2023. | Respectfully submitted,<br>KISSINGER & FELLMAN, P.C. |
| By: | *s/Jonathan M. Abramson*<br>Jonathan Abramson,<br>Yulia Nikolaevskaya<br>*Attorneys for Defendant-Appellee the City of Commerce City* |